**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 689 MAL 2015

               Respondent        :

                               :   Petition for Allowance of Appeal from

                               :   the Order of the Superior Court

              v.               :

                               :

                               :

PERNELL CHARLES RIDDICK,        :

                               :

               Petitioner        :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

      Mr. Justice Eakin did not participate in the decision of this matter.